**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 22-10532-JCM |
| Ronald Linn Bush, II, | : | |
| | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: 40 |
| | : | |
| Caliber Home Loans, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**     Caliber Home Loans
**Incorrect Address:**  PO Box 24610 Oklahoma City, OK 73124-0610
**Correct Address:**    PO Box 650856 Dallas, TX 75265-0856

Respectfully Submitted,

Date: October 16, 2023

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors