# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

02/14/2025

IN RE:

RONALD LINN BUSH, II
3060 CONEWANGO AVENUE
WARREN, PA 16365
XXX-XX-6776        Debtor(s)

Case No.22-10532

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

---

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors , after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors , in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/14/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| | | |
|---|---|---|
| **SYNCHRONY BANK**\*\* | Trustee Claim Number:1   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  8530 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  LOWES/PRAE | |

---

| | | |
|---|---|---|
| **ROBERTSON ANSCHUTZ SCHNEID CRANE & PA** | Trustee Claim Number:2   INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 130 CLINTON RD #202 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| FAIRFIELD, NJ  07004 | COMMENT:  AMERIHOME MORT/PRAE | |

---

| | | |
|---|---|---|
| **M & T BANK** | Trustee Claim Number:3   INT %:  0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
| PO BOX 62182 | Court Claim Number:9 | ACCOUNT NO.:  1028 |
| | CLAIM:  0.00 | |
| BALTIMORE, MD  21264-2182 | COMMENT:  PMT/DECL\*DK4LMT\*BGN 12/22\*FR AMERIHOME\*DOC 37 | |

---

| | | |
|---|---|---|
| **CERTIFIED AUTOMOTIVE LEASE CORP A/K/A CA** | Trustee Claim Number:4   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| 4556 SOUTH BROAD ST | Court Claim Number:2 | ACCOUNT NO.:  1010 |
| | CLAIM:  8,898.85 | |
| YARDVILLE, NJ  08620 | COMMENT:  $/CL-PL\*NO$/SCH G\*489.44/PL\*TTL=$@469.70/MO\*17 PMTS+913.95 ARR=CL-PL | |

---

| | | |
|---|---|---|
| **CERTIFIED AUTOMOTIVE LEASE CORP A/K/A CA** | Trustee Claim Number:5   INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| 4556 SOUTH BROAD ST | Court Claim Number:1 | ACCOUNT NO.:  1075 |
| | CLAIM:  0.00 | |
| YARDVILLE, NJ  08620 | COMMENT:  LEASE/SCH D\*PD OUTSIDE/CONF\*NT PROV/PL\*CL=7701.72+456.15 ARR\*D | |

---

| | | |
|---|---|---|
| **KRISTIE BUSH**++ | Trustee Claim Number:6   INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| 247 CLYDE AVE | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| JAMESTOWN, NY  14701 | COMMENT:  PD DIR/341\*NO$/SCH\*NT PROV/PL\*BAD ADDRESSS!!DK | |

---

| | | |
|---|---|---|
| **CHATAUQUA COUNTY SCU** | Trustee Claim Number:7   INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| HALL R CLOTHIER BLDG | Court Claim Number: | ACCOUNT NO.:  17Q1 |
| | CLAIM:  0.00 | |
| MAYVILLE, NY  14757 | COMMENT:  PD DIR/341\*NO$~DFFNT DSO?/SCH\*NT PROV/PL | |

---

| | | |
|---|---|---|
| **CHILD SUPPORT ENFORCEMENT** | Trustee Claim Number:8   INT %:  0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
| NYS OFFICE OF TEMPORARY AND DISABILITY A | Court Claim Number: | ACCOUNT NO.:  17Q1 |
| 40 NORTH PEARL ST | | |
| | CLAIM:  0.00 | |
| ALBANY, NY  12243 | COMMENT:  PD DIR/341\*DFFNT DSO?/SCH\*NT PROV/PL | |

---

| | | |
|---|---|---|
| **AFFIRM** | Trustee Claim Number:9   INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 650 CALIFORNIA ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| SAN FRANCISCO, CA  94108 | COMMENT:  NT ADR/SCH | |

---

| | | |
|---|---|---|
| **BANK OF AMERICA NA**\*\* | Trustee Claim Number:10  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15102 | Court Claim Number:8 | ACCOUNT NO.:  3291 |
| | CLAIM:  3,486.42 | |
| WILMINGTON, DE  19886-5102 | COMMENT: | |

CLAIM RECORDS

| | | |
|---|---|---|
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.:  9748 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 71083 | Court Claim Number:7 | ACCOUNT NO.:  8921 |
| | CLAIM:  1,834.29 | |
| CHARLOTTE, NC  28272-1083 | COMMENT:  SYNCHRONY/WALMART | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:13-2 | ACCOUNT NO.:  6791 |
| | CLAIM:  4,088.42 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/BBY*AMD | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:11-2 | ACCOUNT NO.:  7455 |
| | CLAIM:  2,029.27 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK/THD*AMD | |

| | | |
|---|---|---|
| **MERRICK/CWS** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL BANK | Court Claim Number: | ACCOUNT NO.:  8003 |
| PO BOX 10368 | | |
| | CLAIM:  0.00 | |
| GREENVILLE, SC  29603-0368 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **DISCOVER BANK(*)** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O DISCOVER PRODUCTS INC | Court Claim Number:4 | ACCOUNT NO.:  5305 |
| PO BOX 3025 | | |
| | CLAIM:  3,358.81 | |
| NEW ALBANY, OH  43054-3025 | COMMENT: | |

| | | |
|---|---|---|
| **PREMIER FINANCE ADJUSTERS** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 520 | Court Claim Number: | ACCOUNT NO.:  8003 |
| | CLAIM:  0.00 | |
| MURRAYSVILLE, PA  15668 | COMMENT:  NT ADR/SCH | |

| | | |
|---|---|---|
| **STATE COLLECTION SERVICE INC** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 2509 S STOUGHTON RD | Court Claim Number: | ACCOUNT NO.:  2153 |
| PO BOX 6250 | | |
| | CLAIM:  0.00 | |
| MADISON, WI  53701 | COMMENT:  UPMC CHTQ/SCH | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | ACCOUNT NO.:  2737 |
| PO BOX 10587 | | |
| | CLAIM:  5,380.95 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY/GAP | |

| | | |
|---|---|---|
| **LVNV FUNDING LLC** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:6 | ACCOUNT NO.:  8530 |
| PO BOX 10587 | | |
| | CLAIM:  1,969.88 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY/LOWES | |

| Creditor | Trustee / Court Claim | Credit Description |
|---|---|---|
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 2,463.73<br>COMMENT: SYNCH/PAYPAL\*REF 3665370949 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9275 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 1,511.63<br>COMMENT: SYNCH/ASHLY FRNTR\*REF 3665399643 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0033 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:12-2<br><br>CLAIM: 3,140.12<br>COMMENT: CITIBANK/TRACTOR SUPPLY\*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4584 |
| **KIMBERLY BUSH**<br>3060 CONEWANGO AVE<br>WARREN, PA 16365 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 142.56<br>COMMENT: CL3GOV\*NT/SCH-PL\*2021 | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6776 |
| **PA DEPARTMENT OF REVENUE\***<br>BANKRUPTCY DIVISION<br>PO BOX 280946<br>HARRISBURG, PA 17128-0946 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 7.00<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6776 |
| **M & T BANK**<br>PO BOX 62182<br>BALTIMORE, MD 21264-2182 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 3,952.21<br>COMMENT: $/CL-PL\*THRU 11/22\*FR AMERIHOME\*DOC 37 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1028 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: M AND T BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |