**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RONALD LINN BUSH, II<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:22-10532<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/28/2022 and confirmed on 02/10/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,193.00 |
| Less Refunds to Debtor | 19.13 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,173.87 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,964.67 | |
|   Trustee Fee | 3,308.50 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,273.17 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 41,027.80 | 0.00 | 41,027.80 |
|     Acct: 1028 | | | | |
|   M & T BANK | 3,952.21 | 0.00 | 0.00 | 0.00 |
|     Acct: 1028 | | | | |
| | | | | 41,027.80 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD LINN BUSH, II | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RONALD LINN BUSH, II | 19.13 | 19.13 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL P FOSTER ESQ** | 4,000.00 | 3,964.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KRISTIE BUSH++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Priority | | | | |
|   CHATAUQUA COUNTY SCU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 17Q1 | | | | |
|   CHILD SUPPORT ENFORCEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 17Q1 | | | | |
|   CERTIFIED AUTOMOTIVE LEASE CORP A/ | 8,898.85 | 8,872.90 | 0.00 | 8,872.90 |
|     Acct: 1010 | | | | |
|   CERTIFIED AUTOMOTIVE LEASE CORP A/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1075 | | | | |
|   PA DEPARTMENT OF REVENUE* | 142.56 | 0.00 | 0.00 | 0.00 |
|     Acct: 6776 | | | | |
| | | | | 8,872.90 |
| Unsecured | | | | |
|   AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BANK OF AMERICA NA** | 3,486.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 3291 | | | | |
|   CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9748 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,834.29 | 0.00 | 0.00 | 0.00 |
|     Acct: 8921 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 4,088.42 | 0.00 | 0.00 | 0.00 |
|     Acct: 6791 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 2,029.27 | 0.00 | 0.00 | 0.00 |
|     Acct: 7455 | | | | |
|   MERRICK/CWS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8003 | | | | |
|   DISCOVER BANK(*) | 3,358.81 | 0.00 | 0.00 | 0.00 |
|     Acct: 5305 | | | | |
|   PREMIER FINANCE ADJUSTERS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8003 | | | | |
|   STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2153 | | | | |
|   LVNV FUNDING LLC | 5,380.95 | 0.00 | 0.00 | 0.00 |
|     Acct: 2737 | | | | |
|   LVNV FUNDING LLC | 1,969.88 | 0.00 | 0.00 | 0.00 |
|     Acct: 8530 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,463.73 | 0.00 | 0.00 | 0.00 |
|     Acct: 927 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,511.63 | 0.00 | 0.00 | 0.00 |
|     Acct: 003 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LL( | 3,140.12 | 0.00 | 0.00 | 0.00 |
|     Acct: 4584 | | | | |
|   PA DEPARTMENT OF REVENUE* | 7.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6776 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8530 | | | | |
|   ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KIMBERLY BUSH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                                   49,900.70

TOTAL CLAIMED
PRIORITY            9,041.41
SECURED             3,952.21
UNSECURED          29.270.52

Date: 10/02/2025                                              /s/ Ronda J. Winnecour
                                                              RONDA J WINNECOUR PA ID #30399
                                                              CHAPTER 13 TRUSTEE WD PA
                                                              600 GRANT STREET
                                                              SUITE 3250 US STEEL TWR
                                                              PITTSBURGH, PA  15219
                                                              (412) 471-5566
                                                              cmecf@chapter13trusteewdpa.com